

# THE THIRTEENTH COURT OF APPEALS

13-16-00222-CV

THE ESTATE OF RUBEN LOPEZ, M.D.
v.
BARBARA SONDOCK, IN HER INDIVIDUAL CAPACITY AND AS INDEPENDENT
EXECUTOR OF THE ESTATE OF MARVIN SONDOCK, DECEASED

On Appeal from the
107th District Court of Cameron County, Texas
Trial Cause No. 2015-DCL-02604-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 15, 2016